UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DERRICA MERRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| ROLLINS, INC. d/b/a ORKIN | ) |
| PEST & TERMITE CONTROL | ) |
| | ) Removed from the Superior Court of |
| | ) Fulton County, Georgia |
| | ) Civil Action No. 2021-CV-355834 |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Rollins, Inc. (Defendant), through its undersigned counsel, file this Notice of Removal ("Notice") for the purpose of removing this action from the Superior Court of Fulton County, Georgia, where it is currently pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. In support of its Notice of Removal, Defendant states as follows:

### I. FACTUAL BACKGROUND

1. On or about October 20, 2021, Plaintiff Derrica Merritt (Plaintiff) filed a lawsuit against Defendant in the Superior Court of Fulton County, Civil Action File No. 2021-CV-355834 ("State Court Action").

2. Plaintiff served Defendant with the Complaint on October 20, 2021.

3. Plaintiff's Complaint includes allegations against Defendant under the Fair Labor Standards Act, as well as Georgia state law breach of contract claims. A copy of the Complaint is attached as <u>Exhibit A</u>.

4. This Court has original jurisdiction over this action because one or more of Plaintiff's claims "aris[e] under the…laws…of the United States." 28 U.S.C. § 1331. "Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States," – like Plaintiff's FLSA claims here – "shall be removable without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

5. This Court has supplemental jurisdiction over Plaintiff's breach of contract claims brought under Georgia law. 28 U.S.C. § 1367.

6. Defendant has not filed responsive pleadings to the Complaint.

7. Defendant has not made a previous application for the relief requested herein.

8. Removal to this Court is proper because it is "the district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a). Therefore, this action is properly removed to the Northern District of Georgia pursuant to 28 U.S.C. § 90.

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants that have been filed in the State Court Action are attached as Exhibit A (the Complaint) and Exhibit B (Affidavit of Service).

10. Removal is timely under 28 U.S.C. § 1446(b) because Defendants filed this Notice of Removal within 30 days of being served with the Complaint.

11. Defendants will also promptly file the requisite Notice of Removal with the Superior Court of Fulton County, Georgia as required by 28 U.S.C. § 1446(d).

12. Defendant reserves all rights, claims, and defenses relative to this action filed by Plaintiff and expressly does not waive any defense in filing this Notice of Removal.

WHEREFORE, notice is hereby given that this action is removed from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Dated: November 18, 2021

Respectfully submitted,

*s/ Martin B. Heller*
Martin B. Heller
mheller@fisherphillips.com
Georgia Bar No. 360538
**FISHER & PHILLIPS LLP**
1075 Peachtree Street NE, Ste. 3500
Atlanta, Georgia 30309
Telephone:  (404) 240-4221
Facsimile:  (404) 240-4249

*Counsel for Defendant*

3